```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY DELROY MARTIN,            :    CIVIL ACTION
                                  :    NO. 16-1223
      Plaintiff,                  :
                                  :
      v.                          :
                                  :
CAROLYN W. COLVIN,                :
                                  :
      Defendant.                  :
                                  :
```

**O R D E R**

**AND NOW**, this **14th** day of **February, 2017,** upon review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 10), and no objections having been filed,[1] it is **ORDERED** as follows:

   (1)   the Report and Recommendation is **APPROVED** and **ADOPTED**;

   (2)   Plaintiff's Request for Review is **DENIED**; and

   (3)   The Clerk of Court shall mark this case **CLOSED**.

   **AND IT IS SO ORDERED.**

                              **/s/ Eduardo C. Robreno**
                              **EDUARDO C. ROBRENO,    J.**

---

[1] Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b).